

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2017

No. 04-16-00819-CV

**IN THE INTEREST OF J.H., I.H., E.H., M.H., AND L.H., CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0958-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

In this accelerated appeal of the December 2, 2016 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on February 20, 2017. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by March 13, 2017. *See id.* Further motions for extension of time to file Appellant's brief are discouraged. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court